**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re                                    **CASE NO.**
                                         23-40050

**ANTHONY BITETTO,**

                           Debtor(s).

-------------------------------------------------------------------x

## <u>REPLY TO AFFIRMATION IN OPPOSITION</u>

1.   The Debtor's model 13 plan mortgage arrears are based on a statement sent to the Debtor from Planet Home Lending a/k/a Avail 1 LLC (the "**Mortgagee**") on December 16, 2022 showing the amount due by January 1, 2023 to be $151,700.79 (see **Exhibit A**).  Even if the actual arrears are $37,729.14 more the Debtor can make up the additional $628.82 per month in his chapter 13 plan.

2. The Debtor's last attempt at loss mitigation was not successful.  The present case does not call for loss mitigation but instead the Debtor intends to pay his arrears through his model 13 plan.  The mere fact that the Debtor was not successful in previous loss mitigation attempts does not bar the Debtor from getting an extension of the automatic stay.

3. Since the Mortgagee has not filed a proof of claim and does not have an exact amount of the claim in the Affirmation in Opposition it was not possible for the Debtor to account for said claim in the filed model 13 plan.  Instead, the Debtor used the amounts given to the Debtor from the Mortgagee prior to filing the case.  The Debtor also would like to review any filed claim filed by the Mortgagee to see why there is such a discrepancy between the most recent statement and the $186,000 amount alleged in the opposition.

4. Attached to this Reply are copies of the Debtor's leasing agreements and an affidavit of contribution from the Debtor's son (**Exhibit B**).  The amounts are higher than reflected in the initial schedules, so those will be amended shortly.  It is anticipated that the Debtor's amended schedules will show approximately $5000 in disposable income.  In the Debtor's prior case he had approximately $3,600 in disposable income.

5. The Debtor also informed me that he receives approximately $350 to $400 per month in tips from work. (**Exhibit E**)

6. It should be noted that the Debtor contracted COVID during his last case and was out of work for

about 3 months.  This and his mental health were the reasons he was unable to meet the demands of chapter 13 in his last case.

7. Attached to this reply is a letter from the Debtor's psychologist. (**Exhibit C**)

8. Attached to this reply is evidence that the Debtor has paid $7000 on January 24, 2023 to the Chapter 13 Trustee's TSF Bill pay site. (**Exhibit D**)

9. Attached to this reply is the Debtor's supplemental affidavit. (**Exhibit E**)

Dated: January 25, 2023

New York, New York

/s/ William Waldner
WILLIAM WALDNER, ESQ.
Attorney for Debtors
469 Seventh Avenue
Twelfth Floor
New York, NY 10018
212-244-2882
willwaldner@gmail.com

**EXHIBIT A**



**Planet Home Lending**
*WE'LL GET YOU HOME*

321 Research Pkwy, Ste 303
Meriden, CT 06450
NMLS ID# 17022

| MORTGAGE LOAN STATEMENT | |
|---|---|
| Statement Date: | December 16, 2022 |
| Property Address: | 171 FIGUREA AVENUE STATEN ISLAND, NY 10312 |

**CUSTOMER SERVICE**

Website: www.planethomelending.com
Customer Service: (866) 882-8187
Email: cs@myloansupport.com

| PAYMENT AMOUNT | |
|---|---|
| Loan Number: | 3942 |
| Next Payment Date: | 01/01/2023 |
| **Payment Amount:** | **$151,700.79** |

D03579
ANTHONY BITETTO
171 FIGUREA AVE
STATEN ISLAND, NY 10312
ıluⁱᵗᵘⁱⁱₙₙₙₙₗₗᵗᵢₗᵢₗᵢₗᵢₗᵢₗₗᵢₗₗₗₗₗₗₗₗ

---

**BANKRUPTCY MESSAGE**

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

**ACCOUNT INFORMATION**

| | |
|---|---|
| Loan Payment Date | 06/01/2019 |
| Principal Balance | $374,118.62 |
| 2nd Principal Balance | $0.00 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |

**EXPLANATION OF PAYMENT AMOUNT**

| | |
|---|---|
| Principal | $1,284.43 |
| Interest | $1,246.10 |
| Escrow (Taxes and Insurance) | $855.73 |
| Other | $0.00 |
| Other Reserves | $0.00 |
| Optional Products | $0.00 |
| **Regular Monthly Payment** | **$3,386.26** |
| Total Fees and Charges | $10,098.68 |
| Past Unpaid Amount | $141,306.62 |
| Unapplied Balance | $3,090.77 |
| **Total Payment Amount** | **$151,700.79** |

**TRANSACTION ACTIVITY  (11/17/22 to 12/16/22)**

| Date Paid | Description | Principal | Interest | Escrow | Other | Fees and Charges | Total |
|---|---|---|---|---|---|---|---|
| 11/29/22 | Property Inspection | $0.00 | $0.00 | $0.00 | $0.00 | $14.00 | $14.00 |
| 11/29/22 | Property Inspection | $0.00 | $0.00 | $0.00 | $0.00 | $14.00 | $14.00 |

**PAST PAYMENTS BREAKDOWN**

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $11,702.39 |
| Interest | $0.00 | $16,133.44 |
| Escrow *(Taxes and Insurance)* | $0.00 | $22,100.20 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $3,090.77 |
| **Total** | **$0.00** | **$53,026.80** |

**Important Information About Partial Payments**

** **Partial Payments:**  Any partial payments that you make are not applied to your mortgage, but instead are held in a separate "unapplied" account.  If you pay the balance of the partial payment, the funds will then be applied to your mortgage.

**ACCOUNT HISTORY**

**Recent Account History**
* Payment Due 07/01/22 Unpaid Amount of $3,386.26.
* Payment Due 08/01/22 Unpaid Amount of $3,386.26.
* Payment Due 09/01/22 Unpaid Amount of $3,386.26.
* Payment Due 10/01/22 Unpaid Amount of $3,386.26.
* Payment Due 11/01/22 Unpaid Amount of $3,386.26.
* Payment Due 12/01/22 Unpaid Amount of $3,386.26.
  Current payment date 01/01/23: $3,386.26.
  **Total: $151,700.79** unpaid amount that, if paid, would bring your loan current.

If you are experiencing financial difficulty: See back for information about mortgage counseling assistance.

---

**- - - - - - - - - - - - - - - - - - - - - - - - - SEE REVERSE SIDE FOR IMPORTANT INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - -**
*Detach here and send this portion of the statement with your payment. Retain top portion for your records.*

| PAYMENT AMOUNT | |
|---|---|
| Loan Number | 3942 |
| Borrower | ANTHONY BITETTO |
| **Next Payment Date:** | **01/01/2023** |
| **Payment Amount:** | **$151,700.79** |

☐ Check this box if address form completed on the reverse.

**Planet Home Lending, LLC**
**P.O. Box 69197**
**Baltimore, MD 21264-9197**
ıₗᵢₗᵢₗᵢₗᵢₗₗₗₗₗₗₗₗ

*Please  write your loan number on your check or money order.*

*Please do not send any correspondence with your payment.*

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other** (Please Specify) | $ |
| TOTAL ENCLOSED | $ |

**EXHIBIT B**

LEASE **RENTAL AGREEMENT** CONTRACT

The Tenant(s) known as ___JOE DAHL___, hereby agree to rent the dwelling located at (2NDFL) 171 FIGUREA AVE:, STATEN ISL, NY 10312

The premises are to be occupied by the above named tenants only. Tenant may not sublet premises.

**TERM** The term shall commence on _2/1/2020_ TO _12/31/2024_, at $ _2,300 —_ per month payable on the _1st_ of each month in full.

**LATE FEES** In the event rent is not paid by the _N/A_ ) day after due date, Tenant agrees to pay a late charge of $____

**UTILITIES** Tenant shall be responsible for the payment of the following utilities: water, electric, gas, heating fuel, Telephone.

**APPLIANCES** Appliances provided in this rental are : stove, refrigerator, dishwasher, ✓ _CENTRAL_ air conditioner(s), _MICROWAVE_.
Repairs will be born by said Tenants if damage is due to negligence of Tenants.

**SECURITY** Amount of security deposit is $ _N/A_. Security shall be held by Landlord until the time said Tenants have vacated the premises and Landlord has inspected it for damages. Tenant shall not have the right to apply Security Deposit in payment of any rent. Security deposits must be raised proportionately with rent increases.

**INSURANCE** Tenant is responsible for liability/fire insurance coverage on premises. Tenant agrees to obtain a "Renter's insurance" policy and to provide Owner or agent with a copy of policy within seven (7) days of lease execution.

**NOTICES** Should tenant decide to vacate the premises, a _30_ day written notice to the landlord is required. Should landlord decide to have tenants vacated, a _30_ day written notice is required. Tenant agrees to allow premises to be shown at any and all reasonable times for re-rental. LEASE IS FOR 2/1/2020 → 12/31/2024

**REAL ESTATE COMMISSION** (If applicable) In the event a commission was earned by a real estate broker, Tenant shall not take possession of the premises unless all fees due broker are paid in full as agreed. Commission is payable when this lease is signed by the Tenant(s). It is solely for locating the rental for the Tenant and is not refundable under any circumstances regardless of any disputes or conditions between the Landlord and Tenant before or after occupancy is taken.

**ACKNOWLEDGMENT** Tenants hereby acknowledge that they have read, understand and agree to all parts of this document, and have received a copy.

|  | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|
| RENT : | 2,300 — | MONTHLY |
| SECURITY: | | |
| BROKER'S FEE: | | |

INCLUDES USE OF STORAGE SHED, SCREEN HOUSE + GAS BBQ

THE UNDERSIGNED TENANT(S) ACKNOWLEDGES RECEIPT OF A COPY HEREOF.

DATE: 2/1/2020 → 12/31/2024

OWNER/AGENT _ANTHONY BISETTO_ TENANT _JOSEPH DAHL_

ADDRESS _171 FIGUROA AVE SINY 10312_ TENANT _[signature]_

PHONE ____          PHONE ____

LEASE  **RENTAL AGREEMENT** CONTRACT

The Tenant(s) known as RICHARD GIUDICE , hereby agree to rent the dwelling
located at 171 FIGUREA AVE, STATEN ISLAND, NY 10312

The premises are to be occupied by the above named tenants only. Tenant may not sublet premises.

**TERM** The term shall commence on 2/1/2020 to 12/31/2024 , at $ 1,900
per month payable on the 1st of each month in full.

**LATE FEES** In the event rent is not paid by the N/A ( ) day after due date, Tenant agrees to pay a late
charge of $_____

**UTILITIES** Tenant shall be responsible for the payment of the following utilities: water, electric, gas, heating fuel,
Telephone.

**APPLIANCES** Appliances provided in this rental are : stove, refrigerator, dishwasher, ✓ air conditioner(s),
MICROWAVE, HORT HEATER
Repairs will be born by said Tenants if damage is due to negligence of Tenants.

**SECURITY** Amount of security deposit is $ N/A . Security shall be held by Landlord until the time said
Tenants have vacated the premises and Landlord has inspected it for damages. Tenant shall not have the right to apply
Security Deposit in payment of any rent. Security deposits must be raised proportionately with rent increases.

**INSURANCE** Tenant is responsible for liability/fire insurance coverage on premises. Tenant agrees to obtain a
"Renter's Insurance" policy and to provide Owner or agent with a copy of policy within seven (7) days of lease execution.

**NOTICES** Should tenant decide to vacate the premises, a _30_ day written notice to the landlord is required. Should
landlord decide to have tenants vacated, a _30_ day written notice is required. Tenant agrees to allow premises to be
shown at any and all reasonable times for re-rental. LEASE IS FOR 4 YEARS 2/1/2020 -
AND 10 MONTHS 12/31/2024

**REAL ESTATE COMMISSION** (If applicable) In the event a commission was earned by a real estate broker, Tenant
shall not take possession of the premises unless all fees due broker are paid in full as agreed. Commission is payable
when this lease is signed by the Tenant(s). It is sole for locating the rental for the Tenant and is not refundable under
any circumstances regardless of any disputes or conditions between the Landlord and Tenant before or after occupancy
is taken.

**ACKNOWLEDGMENT** Tenants hereby acknowledge that they have read, understand and agree to all parts of this
document, and have received a copy.

| | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|
| RENT : | $1,900 | MONTHLY |
| SECURITY: | — | — |
| BROKER'S FEE: | — | — |

INCLUDES USE OF BACK YARD, SCREEN HOUSE
BACK YARD PARKING SPOT AND GAS BBQ USE.

THE UNDERSIGNED TENANT(S) ACKNOWLEDGES RECEIPT OF A COPY HEREOF.

DATE: 2/1/2020 7 12/31/2024          2/1/2020

OWNER/AGENT ANTHONY BITETTO  TENANT RICHARD GIUDICE

ADDRESS 171 FIGUREA AVE. S.I. NY  TENANT _____

PHONE_  —  PHONE_

*LEASE* **RENTAL AGREEMENT** *CONTRACT*

The Tenant(s) known as *DAVID BUTERA* hereby agree to rent the dwelling located at *171 FIGUREA AVE, STATEN ISL., NY 10312*

The premises are to be occupied by the above named tenants only. Tenant may not sublet premises.

**TERM** The term shall commence on *1/1/2023 → 12/31/2024* at $ *1,850.-* per month payable on the *1st* of each month in full.

**LATE FEES** In the event rent is not paid by the *N/A* ( ) day after due date, Tenant agrees to pay a late charge of $____

**UTILITIES** Tenant shall be responsible for the payment of the following utilities: water, electric, gas, heating fuel, Telephone.

**APPLIANCES** Appliances provided in this rental are : stove, refrigerator, dishwasher, ✓ air conditioner(s), *MICROWAVE, PORT HEATER* Repairs will be born by said Tenants if damage is due to negligence of Tenants.

**SECURITY** Amount of security deposit is $ *N/A* Security shall be held by Landlord until the time said Tenants have vacated the premises and Landlord has inspected it for damages. Tenant shall not have the right to apply Security Deposit in payment of any rent. Security deposits must be raised proportionately with rent increases.

**INSURANCE** Tenant is responsible for liability/fire insurance coverage on premises. Tenant agrees to obtain a "Renter's Insurance" policy and to provide Owner or agent with a copy of policy within seven (7) days of lease execution.

**NOTICES** Should tenant decide to vacate the premises, a _30_ day written notice to the landlord is required. Should landlord decide to have tenants vacated, a _30_ day written notice is required. Tenant agrees to allow premises to be shown at any and all reasonable times for re-rental. *LEASE IS FOR 1/1/2023 -12/31/24*

**REAL ESTATE COMMISSION** (If applicable) In the event a commission was earned by a real estate broker, Tenant shall not take possession of the premises unless all fees due broker are paid in full as agreed. Commission is payable when this lease is signed by the Tenant(s). It is solely for locating the rental for the Tenant and is not refundable under any circumstances regardless of any disputes or conditions between the Landlord and Tenant before or after occupancy is taken.

**ACKNOWLEDGMENT** Tenants hereby acknowledge that they have read, understand and agree to all parts of this document, and have received a copy.

| | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|
| RENT : | *1,860.-* | *MONTHLY* |
| SECURITY: | | |
| BROKER'S FEE: | | |

*$1850.- AS OF JAN. 2023 BASED ON OVER-*

*NIGHT GUESTS ALLOWED ANYTIME*

THE UNDERSIGNED TENANT(S) ACKNOWLEDGES RECEIPT OF A COPY HEREOF.

DATE: *1/1/2023 → 12/31/2024*

OWNER/AGENT *ANTHONY BITETTI* TENANT *David Butera*

ADDRESS *171 FIGUREA AVE STAY 10312* TENANT *DBmu*

PHONE _____ PHONE _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In re: **Anthony Angelo Bitetto**

Chapter 13

Case No : **1-23-40050**

Debtor(s)

AFFIDAVIT OF CONTRIBUTION
----------------------------------------X

COUNTY OF _Richmond_
STATE OF _New York_

**Nicholas Bitetto**, being duly sworn, deposes and says that:

1. I am the Debtor's Son and live at the Debtor's house.

2. I work at Rolling Frito-Lay Sales LP in Franklin Park, NJ.

3. My gross monthly salary is approximately $**4,092.24**, and my net monthly salary is approximately $**3,096**.

4. Attached hereto is a copy of my recent pay stub.

5. I am committed to contribute $**1,800** per month towards the Debtor's Chapter 13 Plan.

Signature of Contributor

Sworn to me this
_23_ day of _January_ 20_23_

NOTARY PUBLIC

SIMONE M. FELDMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 01FE6441822
Qualified in Richmond County
My Commission Expires 10/03/26

**\*\*DEBTOR(S) <u>MUST</u> ATTACH A COPY OF CONTRIBUTOR'S PAY STUB\*\***

1 of 1

**Rolling Frito-Lay Sales, LP**
**7701 Legacy Drive**
**Plano , TX 75024-0000**

| Cost Center | : | 2503303416 |
|---|---|---|
| Cost Center Desc | : | ZN-NORTH NEW JERSEY ZONE |
| Department | : | 50017919 |
| Location | : | Franklin Park NJ |

| Name | : | Biletto, Nicholas A. |
|---|---|---|
| Address | : | 171 Figurea Ave |
| | | Staten Island NY 10312 |

| Payroll Area Desc | : | Weekly Sales |
|---|---|---|
| Payroll Period | : | 01/01/2023 to 01/07/2023 |
| Pay Date | : | 01/06/2023 |

| Personnel ID | : | |
|---|---|---|
| Cost Center | : | 2503303416 |
| Payroll Area | : | U1 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Ma. Sep | 00 | |
| NJ | Single | 00 | |
| NY | Single | 00 | |

| | Check Date | Gross Wages | – | Taxes | – | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 01/06/2023 | 1,023.06 | | 209.70 | | 39.21 | | 774.15 |
| Year to Date | | 1,023.06 | | 209.70 | | 39.21 | | 774.15 |

**Taxable Earnings Summary by Earning Code**

| | | Amount |
|---|---|---|
| 1007 | Performance Base Pay | 749.89 |
| 1498 | Performance Pay Advance | 273.17 |
| **Total Taxable Earnings Summary by Earning Code** | | **1,023.06** |

**Taxable Earnings**

| | | Retro Period | Rate | Units | Current Period Hours | Amount | Year to Date Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 1007 | Performance Base Pay | | | | 40.00 | 749.89 | 40.00 | 749.89 |
| 1498 | Performance Pay Advance | | | | | 273.17 | | 273.17 |
| 1498 | Performance Pay Advance | 12/18/2022 -12/24/2022 | | | | 273.17 | | |
| 9088 | Total Hrs Paid inc Hol | 12/18/2022 -12/24/2022 | | | 35.25 | | | |
| **Total Taxable Earnings** | | | | | | **1,023.06** | | **1,023.06** |

| Pre Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2021  Medical Pre-Tax | | 29.52 | 29.52 |
| 2023  Dental Pre-Tax | | 9.15 | 9.15 |
| **Total Pre Tax Deductions** | | **38.67** | **38.67** |

| Post Tax Deductions | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|
| 2521  Addt'l Emp Life | | 0.54 | 0.54 |
| **Total Post Tax Deductions** | | **0.54** | **0.54** |

| Employee Tax Deductions | Retro Period | Current Period Tax | Tax Gross | Year to Date Tax | Tax Gross |
|---|---|---|---|---|---|
| Federal | Federal | | | | |
| Withholding Tax | | 84.29 | 984.39 | 84.29 | 984.39 |
| EE Social Security Tax | | 61.03 | 984.39 | 61.03 | 984.39 |
| EE Medicare Tax | | 14.27 | 984.39 | 14.27 | 984.39 |
| State | New Jersey | | | | |
| Withholding Tax | | 30.77 | 1,023.06 | 30.77 | 1,023.06 |
| EE Unemployment Tax | | 3.91 | 1,023.06 | 3.91 | 1,023.06 |
| EE Workforce Devlpmt T | | 0.43 | 1,023.06 | 0.43 | 1,023.06 |
| EE Family Leave Insur | | 0.61 | 1,023.06 | 0.61 | 1,023.06 |
| EE Health Insurance Ta | | | 1,023.06 | | 1,023.06 |
| EE Disability Tax | | | 1,023.06 | | 1,023.06 |
| State | New York | | | | |
| Withholding Tax | | 14.39 | 984.39 | 14.39 | 984.39 |
| **Total Tax Deductions** | | **209.70** | | **209.70** | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 021000021 | | | Bank transfer | | 774.15 |

sapgw.mypepsico.com

**EXHIBIT C**

Linda Cloer Aspromonte, MS, CASAC

Clinical Director

**Intervention Counseling**
150 Adelaide ave.
SI, NY 10306
(718) 673 0226
laspromonte51@gmail.com

26th January 2023

To whom it may concern,

      Anthony Bitetto is my client and I have been working with him for several months. When Anthony presented for treatment, he was suffering tremendous anxiety and crushing depression, due to an incredible amount of stress in his life. With the use of COGNITIVE THERAPY, Anthony has improved his ability to function efficiently in his life. He is dealing with all of life's challenges extremely well and his prgnosis for continued success is excellent.

**Linda Cloer Aspromonte, MS, CASAC**

**EXHIBIT D**

 **Bank**

America's Most Convenient Bank®



TD BANK, N.A.
929 HUGUENOT AVENUE
STATEN ISLAND, NY 10312

ANTHONY A BITETTO
171 FIGUREA AVE
STATEN ISLAND NY          10312

| | | 670 / TD Beyond Checking | | 549 |
|---|---|---|---|---|
| Statement Beginning Balance | | | | $0.00 |
| Plus | 9 | Deposits and Other Credits | | $10,650.02 |
| Less | 3 | Checks and Other Debits | | $7,557.99 |
| Statement Balance As Of: 01/25/2023 | | | | $3,092.03 |

### Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/06/2023 | ETRANSFER CR Transfer from IM | | $500.00 | $500.00 |
| 01/09/2023 | DDA WITHDRAW TW04B534  4401 AMBOY I | $100.00 | | $400.00 |
| 01/11/2023 | Online Xfer Transfer from CK | | $3,300.00 | $3,700.00 |
| 01/20/2023 | ATM CASH DEPOSIT TW04B534  4401 AMBC | | $600.00 | $4,300.00 |
| 01/20/2023 | ATM CASH DEPOSIT TW04B534  4401 AMBC | | $1,400.00 | $5,700.00 |
| 01/20/2023 | Online Xfer Transfer from CK | | $1,500.00 | $7,200.00 |
| 01/23/2023 | Online Xfer Transfer from CK | | $500.00 | $7,700.00 |
| 01/23/2023 | ATM CASH DEPOSIT TW04B534  4401 AMBC | | $850.00 | $8,550.00 |
| 01/23/2023 | DEPOSIT | | $2,000.00 | $10,550.00 |
| 01/24/2023 | TFS 888-729-2413 TFS PAY | $7,007.99 | | $3,542.01 |
| 01/25/2023 | Online Xfer Transfer to CK | $450.00 | | $3,092.01 |
| 01/25/2023 | IOD INTEREST PAID | | $0.02 | $3,092.03 |

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                 **CHAPTER 13**

**ANTHONY BITETTO,**                                  **CASE NO.**

                                 Debtor(s).    **SUPPLEMENTARY AFFIDAVIT**

-----------------------------------------------------------------x

STATE OF NEW YORK    )
                          )SS
COUNTY OF NEW YORK    )


Anthony Bitetto, being duly sworn, deposes and says:


1. I am the debtor in the above-captioned Chapter 13 case and make this Affidavit in Support of the

   Motion Pursuant to 11 U.S.C. Section 362(c)(3) to continue the Automatic Stay for all creditors.

2. In the beginning of 2022, I contracted COVID. I became very sick and was not able go to work.

   After a few weeks I did recover but still had lingering effects that kept me out of work.

3. I did return to work on or about March 2022. Once I returned to work my boss agreed to assign me

   to drive smaller cars on shorter routes. I was driving a Chevy Tahoe for longer drives but was

   allowed to drive a Toyota Prius for shorter hauls. Since I am driving shorter drives, I now get cash

   tips. The tips average $350 to $400 per week. With the longer routes I only received a salary.

4. Because I was not working during that period, I was unable to keep up with both my mortgage and

   trustee payments. My case was dismissed.

5. Just this month one of my tenants has actually agreed to pay $1850 per month so that his girlfriend

   can live with him aka overnight guests (**Exhibit B**). My total rental income is now $6,050 per month.

6. Additionally, my son, has agreed to pay $1800 per month to my chapter 13 case to make sure that we

   both have a place to live (**Exhibit B**).

7. I have already made payments of $7000 to the trustee in my chapter 13 case through TSF Bill pay.

8. My son has also agreed to pay my life insurance policy, since he is the sole beneficiary, which is $327 per month.

9. I respectfully request that the Automatic Stay of 11 U.S.C. Section 362 be continued as to all creditors for the duration of this case.

10. This case has been filed in good faith as I fully feel I am able to meet the demands of this case.


WHEREFORE, I, Anthony Bitetto, respectfully pray of an Order Pursuant to 11 U.S.C. Pursuant to 11 U.S.C. Section 362(c)(3) to continue the Automatic Stay in the instant Chapter 13 case, together with such other and further relief as to this Court may seem just and proper.


_____  Dated: 1/26/2023
Anthony Bitetto


Sworn to before me this 26 day of
January ~~December~~, 2023

_____

LIDIA ANTOSIEWICZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AN6365481
Qualified in Richmond County
My Commission Expires Oct. 10, 2025